UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN WILLIAMS,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>BIRDSONG, et al.,<br><br>　　　　　　　Defendants | Case No. 3:22-cv-00267-ART-CSD<br><br>**ORDER** |

**I.　DISCUSSION**

According to the Nevada Department of Corrections inmate database, Plaintiff is no longer at the address listed with the Court and might be housed at High Desert State Prison. (*See* ECF Nos. 10, 11). Plaintiff is advised that Nevada Local Rule of Practice IA 3-1 provides that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney." Nev. Loc. R. IA 3-1. And "[f]ailure to comply with th[e] rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.*

**II.　CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff shall file Plaintiff's updated address with the Court **by December 5, 2022.**

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order.

The Clerk of the Court is directed to (1) serve this order on Plaintiff Ivan Williams at the address listed for him with the Court in the ordinary course and (2) electronically send courtesy copies of this order; the Court's October 11, 2022, Order Setting Inmate Early Mediation Conference (ECF No. 8); and the Court's October 11, 2022, Minute Order

/ / /

(ECF No. 9) to Plaintiff Ivan Williams at the electronic address listed with the Court for High Desert State Prison's law library.

DATED: November 4, 2022.

_____
UNITED STATES MAGISTRATE JUDGE