# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN WILLIAMS,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BIRDSONG, et al.,<br><br>　　　　　　　　　Defendants. | 3:22-cv-00267-ART-CSD<br><br>**ORDER RE: CHANGE OF ADDRESS** |

　　　The court has received information via numerous undeliverable notices (ECF Nos. 15, 17, 19, 23) that Plaintiff may now be housed at Wells Conservation Camp. **If so, Plaintiff is directed to immediately file a notice of change of address in accordance with LR IA 3-1.**

　　　This order shall be served upon Plaintiff in care of Wells Conservation Camp and Ely State Prison.

　　　**IT IS SO ORDERED.**

　　　DATED: January 31, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE