UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IVAN WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BIRDSONG, *et al.*,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-00267-ART-CSD<br><br>**ORDER RE: SERVICE OF PROCESS** |

The Office of the Attorney General did not accept service of process on behalf of Defendant Preston Birdsong. (ECF No. 20.) However, the Attorney General has filed the last known address of this Defendant under seal. (ECF No. 21.)

The Clerk shall ISSUE a summons for Preston Birdsong and send the same to the U.S. Marshal with the address provided under seal. (ECF No. 21.) The Clerk shall also SEND sufficient copies of the Complaint, (ECF No. 6), the screening order, (ECF No. 5), and this order to the U.S. Marshal for service on Defendant Preston Birdsong. The court will separately provide to the U.S. Marshal a completed USM 285 form for the Defendant.

Plaintiff is reminded that if the above-named Defendant is not served by April 6, 2023,[1] he may be dismissed for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

DATED: January 31, 2023.

_C S B_
_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This date represents 90 days from the date of the filing of the court's post-stay order (ECF No. 18.)